IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BEVERLY BLAIR**                                                                 **PLAINTIFF**

**vs.**                              **5:09CV00054-WRW**

**ARKANSAS DEPARTMENT OF HEALTH and**
**HUMAN SERVICES, et al.**                                              **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion to Dismiss without prejudice.[1]  Defendant has not responded and the time for doing so has passed.  Accordingly, Plaintiff's Motion to Dismiss is GRANTED, and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 36.